# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Laura Saitta, an individual

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 25-cv-01135-DMS-AHG

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Defendants' motion to dismiss Plaintiff's SAC without leave to amend and DENIES Plaintiff's motions for sanctions and preliminary injunction. The Case is hereby closed.

**Date:** 1/14/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ S. Nyamanjiva
S. Nyamanjiva, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 25-cv-1135-DMS-AHG

Greystar, a company; Bob Faith, an individual; Kilroy Realty, a company; Angela Aman, an individual; John B. Kilroy, Jr., an individual; Theresa Barr, an individual; Does 1-100, inclusive; Greystar Real Estate Partners, LLC, doing business as Greystar, a limited liability company; Greystar Management Services, LLC, doing business as Greystar, a limited liability company; Greystar California, Inc., doing business as Greystar, a corporation; Kilroy Realty, L.P, a limited partnership